**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6762**

---

KEVIN ANDREW BERRY,

Plaintiff - Appellant,

versus

JOHN RICKENBAKER, County of Orangeburg; C. R.
SMITH, JR., Orangeburg County Sheriff's Of-
fice; ORANGEBURG COUNTY, Office of the So-
licitor for; WALTER BAILEY; JAMES C. WILLIAMS,
JR., Chief Deputy Solicitor; MARGARETTE
MCDONALD, Assistant Solicitor; ERNEST WIGFALL,
Detective; PHILLIP RICE, Detective; ORANGEBURG
COUNTY PUBLIC DEFENDER'S CORPORATION; JACK
COLEMAN, Deputy; CHARLES GROSS; JOANNE BANKS;
FREDDIE MACK; MARY GREEN; ROSA POLITE,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg. Charles E. Simons, Jr., Senior
District Judge. (CA-99-357-5-6-BD)

---

Submitted: July 22, 1999          Decided: July 28, 1999

---

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Kevin Andrew Berry, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kevin Andrew Berry appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Berry v. Rickenbaker, No. CA-99-357-5-6-BD (D.S.C. May 20, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on May 19, 1999, the district court's records show that it was entered on the docket sheet on May 20, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).